# United States District Court for the Northern District of Illinois

Case Number: 08- 50062          Assigned/IssuedBy: pl

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

**FILED**
APR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**

☒ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

Original and ― copies on 4/11/08 as to Defendant
                        (Date)

C:\wpwin80\docket\fecinfo.frm    01/01