# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 C 50062

T.C. DEVELOPMENT & DESIGN, INC.
DBA CONDOR PRODUCTS,
    v.
K&L SUPPLY CO., INC.
                 Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, T.C. DEVELOPMENT & DESIGN, INC. DBA CONDOR PRODUCTS

| NAME (Type or print) |
| --- |
| Louise T. Walsh |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Louise T. Walsh |

| FIRM |
| --- |
| Welsh & Katz, Ltd. |

| STREET ADDRESS |
| --- |
| 120 South Riverside Plaza, 22nd Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6230479 | (312) 655-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐