## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| T.C. DEVELOPMENT & DESIGN, INC. dba CONDOR PRODUCTS, ) ) ) | |
| Plaintiff, ) ) | Case No.: 03:08-CV-50062 |
| v. ) ) | Judge PHILIP REINHARD |
| K&L SUPPLY CO., INC. ) ) | Mag. Judge P. MICHAEL MAHONEY |
| Defendant. ) | |

### NOTICE AND AGREED MOTION FOR 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

To: Plaintiff and Its Counsel of Record

Please take notice that Defendant K&L Supply Co., Inc., hereby moves, with agreement of counsel Kathleen A. Rheintgen for Plaintiff T.C. Development & Design, Inc., for an extension of 30 days, from September 8, 2008 to and including October 8, 2008, to file its Answer or other Pleading in response to the Complaint in this matter.

This extension will allow the parties to continue and hopefully to conclude settlement talks in this matter. This motion is not interposed for any purpose of mere delay.

Respectfully submitted,

Dated: September 4, 2008

Defendant K&L Supply Co., Inc.

By: /s/J.R. Crossan
Its Local Counsel
Robert J. Schneider
John R. Crossan
CHAPMAN AND CUTLER LLP
111 West Monroe Street, #1700
Chicago, Illinois 60603
(312) 845-3000

K Mn for 30-day ext time.doc
1717149/rRJS

        Facsimile: (312) 701-2361
        iplaw@chapman.com
        crossan@chapman.com

        Timothy J. Maier
        MAIER & MAIER, PLLC
        1000 Duke Street
        Alexandria, VA  22314
        (703) 740-8322  x-101
        Facsimile: (703) 991-7071
        tjm@maierandmaier.com

## CERTIFICATE OF SERVICE

A true copy of the foregoing NOTICE AND AGREED MOTION FOR 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT is being served through the Court's ECM system on each of the counsel of record for Plaintiff, on this 4th day of September 2008, and a copy is being delivered to chambers of Magistrate Judge Mahoney via overnight courier.

        _____/s/ J R Crossan_____
        Counsel for Defendant K&L Supply