| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Telephone No: | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: T.C. DEVELOPMENT & DESIGN, INC.
Defendant: K & L SUPPLY CO., INC.

| PROOF OF SERVICE OF SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 08C50062 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT

3. a. Party served: K & L SUPPLY CO., INC.
   b. Person served: ROB KATSURA
   GENERAL MANAGER

4. Address where the party was served: 1040 RICHARD AVENUE
   SANTA CLARA, CA 95050

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 19, 2008 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: K & L SUPPLY CO., INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. THOMAS J BOWMAN JR.
   b. LaSALLE PROCESS SERVERS L.P.
   29 SOUTH LaSALLE ST, SUITE 956
   CHICAGO, IL 60603
   c. 312-263-0620

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 25
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Aug. 19, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE OF SUMMONS

(THOMAS J BOWMAN JR.)

2630620.32088